No. 11–9119.  DAWARA v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–9121.  HUNTER v. BOWDEN ET AL.  Ct. App. N. C.  Certiorari denied.

No. 11–9128.  CUMMINGS v. ORTEGA ET AL.  Sup. Ct. N. C.  Certiorari denied.

No. 11–9129.  CREWS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–9135.  KINCAID v. RUNNELS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9136.  LOHNER v. PROSPER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9138.  LIGHTFOOT v. MICHIGAN DEPARTMENT OF CORRECTIONS PAROLE BOARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–9139.  EVERETT v. SCRIBNER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9140.  THOMAS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–9141.  THOMAS v. NISH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–9144.  BELCHER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–9146.  HARDIN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 11–9150.  POINTER v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.